NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAPIERFABRIK AUGUST KOEHLER SE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, APPVION, INC.,**
*Defendants-Appellees*

---

2016-2425

---

Appeal from the United States Court of International Trade in Nos. 1:12-cv-00091-TCS, 1:12-cv-00130-TCS, Chief Judge Timothy C. Stanceu.

---

**JUDGMENT**

---

JOHN F. WOOD, Hughes Hubbard & Reed LLP, Washington, DC, argued for plaintiff-appellant. Also represented by FLORA AMANDA DEBUSK, LYNN KAMARCK, MATTHEW R. NICELY, ERIC S. PARNES, DANIEL MARTIN WITKOWSKI.

JOSHUA E. KURLAND, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by CHAD A. READLER, JEANNE E.

DAVIDSON, REGINALD T. BLADES, JR.; JESSICA M. LINK, Office of Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

DANIEL SCHNEIDERMAN, King & Spalding LLP, Washington, DC, argued for defendant-appellee Appvion, Inc. Also represented by STEPHEN A. JONES.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 7, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |